IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER S. REYNOLDS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for enlargement of time to file objections to presence report (filing 41) is granted. The defendant shall file his objections by close of business May 6, 2008.

May 5, 2008.           BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge